IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER PAUL COLLINS
    Petitioner,

vs.                                    Case No. 3:07cv358/LAC/EMT

UNITED STATES OF AMERICA,
    Respondent.
_____/

## O R D E R

Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 with a supporting memorandum and exhibits (Doc. 1). The filing fee has been paid. However, Petitioner failed to provide the court with a complete copy of his petition and attachments for service upon Respondent. Therefore, Petitioner must submit one (1) complete copy of the petition, including the supporting memorandum and exhibits, before service will be directed upon the United States Attorney.

Accordingly, it is **ORDERED**:

Petitioner shall submit one (1) complete copy of the petition as explained above. This case number should be written on each copy. Failure to do so within **TWENTY (20) DAYS** from the date of docketing of this order may result in the dismissal of this case.

**DONE AND ORDERED** this 12th day of September 2007.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**